UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PATRICK ANTHONY RIBBING,

    Plaintiff,

v.                                                                              Case No. 3:22cv991-MCR-HTC

DEPARTMENT OF DEFENSE,
CENTRAL INTELLIGENCE AGENCY,
FCC, and FAA,

    Defendants.
_____/

## **ORDER**

    The magistrate judge issued an Order and Report and Recommendation on February 9, 2022.  ECF No. 5.  The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv991-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious and abuse of the judicial process.

3. Injunctive sanctions are imposed on Plaintiff to the extent that the clerk is directed not to accept any future filings from Plaintiff unless he is represented by counsel or upon obtaining prior leave of court to proceed *pro se*.

4. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**